UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: CARL ROBERT SCHOLZ            Case No. 25-mc-46

---

**ORDER SUSPENDING ATTORNEY CARL ROBERT SCHOLZ FROM PRACTICING BEFORE THE COURTS OF THE EASTERN DISTRICT OF WISCONSIN**

---

The court has received a memorandum from the Wisconsin Supreme Court, informing the court that the license to practice law of CARL ROBERT SCHOLZ is revoked, effective April 18, 2025. Under General Local Rule 83(d)(2) of the Eastern District of Wisconsin, the court **ORDERS** that CARL ROBERT SCHOLZ is **SUSPENDED** from practicing before the United States District Court, Eastern District of Wisconsin until such time as he provides proof of reinstatement to practice law in Wisconsin.

The court **ORDERS** that if CARL ROBERT SCHOLZ provides such proof of reinstatement, he will automatically be reinstated to practice law before the United States District Court for the Eastern District of Wisconsin.

The court **ORDERS** that the Clerk of Court promptly must mail a copy of this order and a copy of General Local Rule 83(d) to CARL ROBERT SCHOLZ.

Dated in Milwaukee, Wisconsin this 21st day of August, 2025.

                         BY THE COURT:

                         **HON. PAMELA PEPPER**
                         **Chief United States District Judge**

**General L.R. 83 (d) Discipline**

(**1**) Attorneys practicing before this Court are subject to the Wisconsin Rules of Professional Conduct for Attorneys, as such may be adopted from time to time by the Wisconsin Supreme Court and except as may be modified by this Court. After notice and opportunity to be heard, any attorney who violates those standards of conduct may be barred from practice before this Court, suspended from practice for a definite time, reprimanded, or subjected to such other discipline as the Court may deem proper.

(**2**) Notwithstanding the provisions of General L. R. 83(d)(1), upon learning that any attorney admitted to practice in this Court has been disbarred or suspended from practice (other than for the nonpayment of dues) by the highest court of any state in which the attorney is licensed, this Court may suspend the attorney from practice before this Court. The Clerk of Court must mail a notice of suspension and a copy of this rule to the attorney. Upon request, the attorney must be afforded a reinstatement hearing within 30 days from the date the request is received by the Court. Any attorney admitted to practice or appearing before this Court who is disbarred or suspended in any jurisdiction must promptly report the matter to this Court.

(**3**) The Court, in its discretion, may report any allegation of unethical conduct to the appropriate authority regulating the practice of law in any jurisdiction in which the attorney has been admitted to practice law.